**THE SCULPTOR.**

**THE NUMATIC.**

**C. F. HARMS CO. v. NEW YORK TRAP ROCK CORPORATION et al.**

**No. 233.**

Circuit Court of Appeals, Second Circuit.

Feb. 16, 1931.

608

GRAIN KING MFG. CO. v. COMMISSIONER
OF INTERNAL REVENUE.
No. 39.

Circuit Court of Appeals, Second Circuit.
Feb. 2, 1931.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., and John K. Hartley, both of New York City, of counsel), for The Numatic and Tice Towing Line, Inc.

Frederick W. Park, of New York City, for appellant.

William F. Purdy, of New York City (John E. Purdy, of New York City, of counsel), for Raritan Mercantile Co.

Leubuscher, Kayser & Oliver, of New York City (John A. Lyon, of New York City, of counsel), for Cornell Contracting Corporation.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney, of New York City, of counsel), for C. F. Harms Co.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

In the procedure below, the Raritan Mercantile Company impleaded the Cornell Contracting Corporation, and therefore the costs awarded to the Cornell Contracting Corporation may not be taxed against the appellant, but the costs allowed the Cornell Contracting Corporation will be taxed against the Raritan Mercantile Company.

As thus modified, the decree is affirmed.